# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| William Eugene Martin<br><br>*Plaintiff*<br>v.<br>Edward Cambell and Barbara Bartz<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 1:17-cv-03096-SMJ<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Motion to Voluntarily Dismiss Complaint, ECF No. 12, is GRANTED.
The Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza on a motion to Voluntarily Dismiss Complaint, ECF No. 12, is GRANTED.

Date: 8/22/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler